B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CorePlus, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1156351** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9450 Sunset Drive**<br>**Miami, FL**<br>ZIP Code **33173** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CorePlus, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CorePlus, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Lynn H. Gelman, Esq.**
Signature of Attorney for Debtor(s)

**Lynn H. Gelman, Esq. 0245011**
Printed Name of Attorney for Debtor(s)

**Lynn H. Gelman, P.A.**
Firm Name

**1450 Madruga Avenue**
**Suite 302**
**Coral Gables, FL 33146**

Address

**(305) 668-6681  Fax: (305) 668-6682**
Telephone Number

**August  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mariano de Socarraz**
Signature of Authorized Individual

**Mariano de Socarraz**
Printed Name of Authorized Individual

**Managing Memeber**
Title of Authorized Individual

**August  1, 2011**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Florida

In re **CorePlus, LLC**
Debtor(s)

Case No.
Chapter **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **NA**.

2. The following financial data is the latest available information and refers to the debtor's condition on **August 1, 2011**.

   a. Total assets    $ **4,956,000.00**

   b. Total debts (including debts listed in 2.c., below)    $ **2,580,000.00**

   c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ■ unsecured ☐ subordinated ☐ | $ | 1,780,000.00 | | 1 |
| secured ☐ unsecured ☐ subordinated ■ | $ | 800,000.00 | | 130 |
| secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock    0    0

   e. Number of shares common stock    0    0

   Comments, if any:

3. Brief description of Debtor's business:
   **Laboratory Testing**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Mariano de Socarraz**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Florida

In re **CorePlus, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 9450 LLC<br>P.O. Box 430885<br>Miami, FL 33243 | 9450 LLC<br>P.O. Box 430885<br>Miami, FL 33243 | Rent | | 824,505.77 |
| American Cancer Society<br>8095 N.W. 12 St.<br>Miami, FL 33126 | American Cancer Society<br>8095 N.W. 12 St.<br>Miami, FL 33126 | Donation | | 10,000.00 |
| Amex Credit Card<br>Nationwide Credit, Inc.<br>2002 Summit Blvd.<br>Suitye 600<br>Atlanta, GA 30319-1559 | Amex Credit Card<br>Nationwide Credit, Inc.<br>2002 Summit Blvd.<br>Atlanta, GA 30319-1559 | | | 17,500.00 |
| BP / Tripath Imaging<br>P.O. Box 70942<br>Chicago, IL 60673 | BP / Tripath Imaging<br>P.O. Box 70942<br>Chicago, IL 60673 | Trade debt | | 39,486.42 |
| Coffey Burlington<br>Penthouse<br>2699 South Bayshore Dr.<br>Miami, FL 33133 | Coffey Burlington<br>Penthouse<br>2699 South Bayshore Dr.<br>Miami, FL 33133 | Legal fees | | 37,963.48 |
| Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Coral Stram, IL 30197 | Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Coral Stram, IL 30197 | | | 18,637.70 |
| Genzyme Genetics-0199<br>P.O. Box 223614<br>Pittsburgh, PA 15251-2614 | Genzyme Genetics-0199<br>P.O. Box 223614<br>Pittsburgh, PA 15251-2614 | Trade debt | | 42,305.00 |
| Hologic, Inc.<br>Cytyc Limited Partnership<br>24506 Network Place<br>Chicago, IL 60673 | Hologic, Inc.<br>Cytyc Limited Partnership<br>24506 Network Place<br>Chicago, IL 60673 | Trade debt | | 14,491.42 |
| JHU Pathology<br>P.O. Box 64478<br>Baltimore, MD 21264 | JHU Pathology<br>P.O. Box 64478<br>Baltimore, MD 21264 | Tade debt | | 15,440.00 |
| Laboratory Corporation of America<br>P.O. Box 12140 Burlington<br>Burlington, NC 27216-2140 | Laboratory Corporation of America<br>P.O. Box 12140 Burlington<br>Burlington, NC 27216-2140 | Trade debt | | 21,729.20 |

B4 (Official Form 4) (12/07) - Cont.

In re  **CorePlus, LLC**                                                                 Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Law Office of Elena De Socarraz, P.A<br>1651 So. LeJeune Road<br>Miami, FL 33134 | Law Office of Elena De Socarraz, P.A<br>1651 So. LeJeune Road<br>Miami, FL 33134 | Legal Fees | | 16,183.80 |
| Leica Microsystem, Inc.<br>Biosystem Division<br>14008 Collection Center Drive<br>Chicago, IL 60693 | Leica Microsystem, Inc.<br>Biosystem Division<br>14008 Collection Center Drive<br>Chicago, IL 60693 | Legal fees | | 9,710.83 |
| Louis C. Herring and Company<br>P.O. Box 2191<br>Orlando, FL 32802 | Louis C. Herring and Company<br>P.O. Box 2191<br>Orlando, FL 32802 | | | 9,672.00 |
| Mariano de Zocarraz<br>1112 Alfonso Avenue<br>Coral Gables, FL 33146 | Mariano de Zocarraz<br>1112 Alfonso Avenue<br>Coral Gables, FL 33146 | | | 1,920,000.00 |
| MGPO<br>P.O. Box 3662<br>Boston, MA 02241-3662 | MGPO<br>P.O. Box 3662<br>Boston, MA 02241-3662 | | | 9,665.00 |
| Miami-Dade County Tax Collector<br>140 W. Flagler St.<br>14th Floor<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>140 W. Flagler St.<br>14th Floor<br>Miami, FL 33130 | Real estate taxes | | 96,509.56 |
| NYH-CUMC Pathologists<br>P.O. Box 29409<br>New York, NY 10087-9409 | NYH-CUMC Pathologists<br>P.O. Box 29409<br>New York, NY 10087-9409 | | | 8,930.00 |
| Qiagen / Digene<br>P.O. Box 5132<br>Carol Stream, IL 60197-5132 | Qiagen / Digene<br>P.O. Box 5132<br>Carol Stream, IL 60197-5132 | Trade debt | | 53,998.16 |
| Total Bank<br>c/o Garbett, Stiphany, Allen & Rota<br>Brickell bayview Center, Suite 3100<br>80 S.W. 8th St.<br>Miami, FL 33130 | Total Bank<br>c/o Garbett, Stiphany, Allen & Rota<br>Brickell bayview Center, Suite 3100<br>Miami, FL 33130 | | | 1,780,449.17<br><br>(0.00 secured) |
| XO Communications<br>14239 Cllection Drive<br>Chicago, IL 60693 | XO Communications<br>14239 Cllection Drive<br>Chicago, IL 60693 | | | 34,279.31 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **CorePlus, LLC**                                                                                      Case No.  _____
                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Memeber of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 1, 2011**                           Signature   **/s/ Mariano de Socarraz**
                                                                **Mariano de Socarraz**
                                                                **Managing Memeber**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

9450 LLC
P.O. Box 430885
Miami, FL 33243


Allianceone Receivable Mangement Inc.
P.O. Box 2449
Gig Harbor, WA 98335


American Cancer Society
8095 N.W. 12 St.
Miami, FL 33126


Amex Credit Card
Nationwide Credit, Inc.
2002 Summit Blvd.
Suitye 600
Atlanta, GA 30319-1559


Anthony C. Vitale, P.A.
2333 Brickell Avenue
Suite A1
Miami, FL 33129


AT&T
P.O. Box 10526
Atlanta, GA 30348


Blue Streak Couriers
P.O. Box 551261
Jacksonville, FL 32255-1261


BP / Tripath Imaging
P.O. Box 70942
Chicago, IL 60673


Citrix Online
50264 Las Angeles
Los Angeles, CA 90074-0564


Cleveland Clinic Laboratories
P.O. Box 931720
Cleveland, OH 44193-1828

```
Coffey Burlington
Penthouse
2699 South Bayshore Dr.
Miami, FL 33133


Creative Displays
14535 N.W. 60TH Avenue
Miami Lakes, FL 33014


Creative Waste Solutions
2595 Remington Drive
West Linn, OR 97068


D&B
75 Remittance Drives
Suite 1793
Chicago, IL 60675-1793


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Coral Stram, IL 30197


Dell Marketing, L.P.
c/o Dell USA l.p.
P.O. Box 534118
Atlanta, GA 30353


Diagnostic BioSystems
1020 Serrpentine Lane
Suite 114
Pleasanton, CA 94566


Dickinson Wright, PLLC
1875 Eye St., NW
Suite 1200
Washington, DC 20006


Electronic Network
Dept. 1078
Denver, CO 80256-1078


Emdeon Business Service
P.O. Box 572490
Salt Lake City, UT 84157-2460
```

Exclusive Construction Group, Inc.
8122 S.W. 83 sT.
Miami, FL 33143


Executive National Bank
c/o Sapurstein & Blocj, P.A.
9700 South Dixie Highway
Suite 1000
Miami, FL 33156


Florida Dept. of Revenue
5050 W. Tennessrr St.
Tallahassee, FL 32399


Fowler Rodriguez Valdes-Fauli
355 Alhambra Circle
Suite 801
Miami, FL 33134


GE Fleet Services
P.O. Box 100363
Atlanta, GA 30384


Genzyme Genetics-0199
P.O. Box 223614
Pittsburgh, PA 15251-2614


Graphica Services, Inc.
P.O. Box 160322
Miami, FL 33116-0322


Hologic, Inc.
Cytyc Limited Partnership
24506 Network Place
Chicago, IL 60673


IMG Solutions, LLC
7275 S.W. 90 sT.
Suite #C308
Miami, FL 33156


JHU Pathology
P.O. Box 64478
Baltimore, MD 21264

```
Jose R. Torrent , Diana Torrent
Carlos and Maria Ramos
c/o Steven Davis
121 Alhambra Plaza, Ste 1000
Miami, FL 33134


K&L Gates, LLP
210 Sixth Avenue Avenue
Pittsburgh, PA 15222


Laboratory Corporation of America
P.O. Box 12140 Burlington
Burlington, NC 27216-2140


Labsco
3782 Reliable Parkway
Chicago, IL 60680-0037


Law Office of Elena De Socarraz, P.A
1651 So. LeJeune Road
Miami, FL 33134


Leica Biosystems Richmond, Inc.
16604 Colelction Center Drive
Chicago, IL 60693


Leica Microsystem, Inc.
Biosystem Division
14008 Collection Center Drive
Chicago, IL 60693


Louis C. Herring and Company
P.O. Box 2191
Orlando, FL 32802


Mariano de Zocarraz
1112 Alfonso Avenue
Coral Gables, FL 33146


Mass Financial  Group
P.O. Box 141417
Miami, FL 33114
```

```
McDonald Hopkins Co., LPA
600 Superirior Avenue E
Suite 2100
Cleveland, OH 44114


Medifax-EDI, LLC
P.O. Box 572490
Salt Lake City, UT 84157-2490


Mercedes Medical, Inc.
P.O. Box 850001
Orlando, FL 32885-0123


MGP Pathology Association
55 Friut St.
Boston, MA 02114


MGPO
P.O. Box 3662
Boston, MA 02241-3662


Miami-Dade County Tax Collector
140 W. Flagler St.
14th Floor
Miami, FL 33130


Milner Documents Products
P.O. Box 41602
Philadelphia, PA 19101


Mohan Uttawar
21620 rainbow Drive
Cupertino, CA 95014


MTM Laboratories, Inc.
One Research Drive
Suite 120c
Westborough, MA 01581


NYH-CUMC Pathologists
P.O. Box 29409
New York, NY 10087-9409
```

```
Promex Technologies, LLC
3049 Hudson Street
Franklin, IN 46131


Qiagen / Digene
P.O. Box 5132
Carol Stream, IL 60197-5132


Robert H. Young, M.D.
22 Hillcrest Road
Weston, MA 02493


Sigma-Aldrich
P.O. Box 535182
Atlanta, GA 30353


Skada Martin C. Mhm, Jr., M.D.
c/o Esther Brissco
303 Barret Springs
Canton, GA 30115


Southern Biomedical Inc.
P.O. Box 0488
Odessa, FL 33556


Stericycle - 1672 Lab
P.O. Box 6582
Carol Stream, IL 60197-6582


The Emory CLinic
P.O. Box 1162810
Atlanta, GA 30368


Total Bank
c/o Garbett, Stiphany, Allen & Rota
Brickell bayview Center, Suite 3100
80 S.W. 8th St.
Miami, FL 33130


Tricore Reference Laboratories
P.O. Box 27935
Albuquerque, NM 87125
```

```
Verizon Florida LLC
P.O. Box 920041
Dallas, TX 75392-0041


VWR INternational
P.O. Box 640169
Pittsburgh, PA 15264-0169


Weill Cornell Medical College
P.O. Box 27284
New York, NY 10087-7284


Wright Express
P.O. Box 639
Portland, ME 04104


XO Communications
14239 Cllection Drive
Chicago, IL 60693


Xpedialmaging
2850 Glades Circle
Suite F-12
Weston, FL 33327


Yvana Patricia Cespedes, M.D.
c/o Espinosa / Trueba, PL
3001 S.W. 3rd Avenue
Miami, FL 33129
```